470 A.2d 1036

Shotsinger v. Shotsinger, Appellant.

Argued September 27, 1983. Leonard A. Costa, Jr., for appellant; R. Downie, Jr., for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Appeal quashed.

471 A.2d 562

Skomski v. Simkovich, etc., Appellants.
Reargument Denied March 6, 1984.

Argued October 27, 1983. Damon John Faldowski, for appellants;. Charles Skomski, appellee, in propria persona.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order of October 5, 1982 affirmed.